Case 1:23-cv-00866-HYJ-RSK   ECF No. 1,  PageID.1   Filed 08/17/23   Page 1 of 10

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

FILED - LN
August 17, 2023 11:43 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: /s/

e 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

__Western__ District of __Michigan__

__civil__ Division

**Paul Bryon Brewer**
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**United States Government**
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:23-cv-866
(to be) Hala Y. Jarbou
United States District Judge

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Paul Bryan Brewer
- Address: 607 MORRELL AVE
- City: CONNELLSVILLE
- State: PA
- Zip Code: 15425
- County: FAYETTE
- Telephone Number: 937-624-2071
- E-Mail Address: paulbrewer081@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: President Barack Obama
- Job or Title: President of the United States
- Address: 1600 Pennsylvania Ave NW
- City: Washington
- State: DC
- Zip Code: 20500
- Telephone Number: 202-456-1111
- [X] Official capacity

**Defendant No. 2**
- Name: President Joe Biden
- Job or Title: President of the United States
- Address: 1600 Pennsylvania Ave NW
- City: Washington
- State: DC
- Zip Code: 20500
- Telephone Number: 202-456-1111
- [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Patsy Christ like Campana II
Job or Title (if known): Sicilian Mafia God FAtHER.
Address: 1374 E 28th st
City: LORAIN  State: OHIO  Zip Code: 44055
County: LORAIN
Telephone Number: 440-246-6500
E-Mail Address (if known):

☒ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: Central Intelligence Agency, of the U.
Job or Title (if known): Intelligence agents
Address: 1600 Colonial farm rd
City: Langley  State: VIRGINIA  Zip Code: 22101
County: FAIRFAX
Telephone Number: 505-855-6744
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

all of the Bill of rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The State of Ohio attempted to Brain wash a little boy into saying I raped him, his name was Davis who lived on 220 Georgia ave Apt A1 in Lorain Ohio.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? I was Tortured in all of these states Utah, Alabama Ohio Michigan Fairfax Virginia, Raleigh North Carolina

B. What date and approximate time did the events giving rise to your claim(s) occur? From the year - 2008 - 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* They Robed me of the chance to be president of the United States and embezzled, 900 trillion dollars from me and the United States Treasury. It was all of the Campana family then president Joe Biden President Barack Obama. and Patsy Christ leke Compana, and all of his family

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Central Intelligence agency and the FBI gased me and Shocked me in the Back of my throat in the summer of 2009 in Lorain Ohio. They interfered with my doctors and stoped me from getting treatment for my liver cancer. NICKY ~~this~~ VAGINA called Hillmen cancer and told them not to treat my cancer at all, she is a CIA agent. Hillmen cancer center is in UNION town PA

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want all of the United states Tresury. President Barack obama and President Joe Biden and Patsy cherst like campana EMBEZZIED $450 trillion dollars from me and another 450 ec trillion dollars that was supposed to go into the United States Tresury. That was the year 2011. They did all of this to dominate the world, and they put all of the money into the World Bank.

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-15-2023

Signature of Plaintiff: *Paul Bryon Brewer*

Printed Name of Plaintiff: PAUL BRYON BREWER

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
            City        State       Zip Code
Telephone Number
E-mail Address

Paul Bryon Brewer
607 MORRELL AVE
Connellsville PA
15425

United States
~~US Federal~~
315 W ALL



District Court Clerk
~~Bldg~~
Legan St    #213,

Lansing MI

48933

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS**

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**   PHONE ( 937 ) 624-207_

PAUL B BREWER
607 MORRELL AVE
Connellsville PA
15425

*Screened by USMS*

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

**TO: (PLEASE PRINT)**   PHONE ( 517 ) 377-1559

United States District
Court Clerk
315 W. Allegan St #213
Lansing MI

**ZIP + 4® (U.S. ADDRESSES ONLY)**
4 8 9 3 3 - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

← **PEEL FROM THIS CORNER**

EP13F July 2022
OD: 12 1/2 x 9 1/2

**U.S. POSTAGE PAID**
PME 1-Day
CONNELLSVILLE, PA 15425
AUG 16, 2023
**$28.75**
R2304N117256-07

48933

EI 549 985 352 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 15425 | 8-17-23 | $ 28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 8-16-23 | ☒ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 10:05 | ☒ AM ☐ PM | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| lbs. ozs. | | TMD | $ 28.75 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**