UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL BRYON BREWER,

    Plaintiff,

v.

UNITED STATES GOVERNMENT,
BARACK OBAMA, JOE BIDEN,
PATSY COMPANA II, and
CENTRAL INTELLIGENCE AGENCY,

    Defendants.
_____/

Case No. 1:23-cv-866

Hon. Hala Y. Jarbou

**REPORT AND RECOMMENDATION**

This is a civil action brought by *pro se* plaintiff Paul Bryon Brewer of Connellsville, Pennsylvania. For the reasons set forth below, this complaint should be dismissed.

**I.     Discussion**

Plaintiff Brewer has filed a form complaint in this Court against defendants President Barack Obama, President Joe Biden, "Patsy Christ like Compana II Sicilian Mafia God Father", and the Central Intelligence Agency (CIA). Compl. (ECF No. 1, PageID.1-3). Brewer states that defendants violated "all of the Bill of rights" alleging among other things that between 2008 and 2023: that "[t]he State of Ohio attempted to Brainwash a little boy into saying I raped him"; that he was tortured in Utah, Alabama, Ohio, Michigan, Virginia and North Carolina; that defendants robbed him of the chance to be President of the United States; that defendants embezzled $900 trillion from the United States Treasury; and that the CIA and FBI gassed him and shocked him during the summer of 2009 in Lorain, Ohio. *Id*. at PageID.3-5. For his relief, Brewer wants "all of the United States Treasury." *Id*. at PageID.5.

The Court should dismiss this frivolous complaint for lack of subject matter jurisdiction. "[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

In *Paul Bryon Brewer v. United States Government*, 1:23-cv-01860 (UNA), 2023 WL 4762585 at *1 (D.D.C. July 21, 2023), the court addressed a strikingly similar complaint filed by Paul Bryon Brewer, a resident of Pennsylvania, alleging among other things: that in 2009 plaintiff's father gave him the chance to be president through a federal reserve note worth $900 trillion; that Presidents Obama and Biden conspired to steal the $900 trillion which stopped him from running for president; and that they collaborated with the CIA and Congress to surveille and torture him. The Court dismissed that case as frivolous stating in pertinent part:

> A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' " *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and a "complaint plainly abusive of the judicial process is properly typed malicious," *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981). . . .
>
> This Court cannot exercise subject matter jurisdiction over a frivolous complaint. *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.' ") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (examining cases dismissed "for patent insubstantiality," including where the plaintiff allegedly "was subjected to a campaign of surveillance and harassment deriving from uncertain origins."). So a court is obligated to dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08. The instant complaint falls squarely into this

category. In addition to failing to state a claim for relief or establish this Court's jurisdiction, the complaint is frivolous on its face.

*Brewer*, 2023 WL 4762585 at *1.

For these same reasons, plaintiff Paul Bryon Brewer's frivolous complaint demanding "all of the United States Treasury" is totally implausible, attenuated, unsubstantial, frivolous and devoid of merit and should be dismissed for lack of subject matter jurisdiction.

## II.   RECOMMENDATION

For these reasons, I respectfully recommend that plaintiff's complaint be **DISMISSED**.


Dated:  August 29, 2023                    /s/ Ray Kent
                                           RAY KENT
                                           United States Magistrate Judge


ANY OBJECTIONS to this Report and Recommendation must be served and filed with the Clerk of the Court within fourteen (14) days after service of the report.  All objections and responses to objections are governed by W.D. Mich. LCivR 72.3(b).  Failure to serve and file written objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).